# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 08-CR-30099-MJR |
| DALLAS D. HAWKINS, ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

**REAGAN, District Judge:**

On January 23, 2009, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Dallas Hawkins entered a guilty plea as to Counts 1, 2, 3, and 7 of the indictment. Hawkins also conceded the forfeiture of the property enumerated in Count 8.

By Report filed January 23, 2009, Judge Proud recommends that the undersigned District Judge accept Hawkins's plea of guilty, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 48). The Report was sent to the parties along with a "NOTICE" informing them of their right to object to Judge Proud's Report. To date, no objections have been filed, and the period in which such objections may be filed has expired.

Accordingly, the undersigned District Judge **ADOPTS** in its entirety Magistrate Judge Proud's Report and Recommendation (Doc. 48), **ACCEPTS** Hawkins's plea of guilty (as to Counts 1, 2, 3, 7, and 8), **ADJUDGES** Hawkins guilty, **REFERS** the matter to the United States

Probation Office so that a presentence investigation and report can be prepared, and **SETS** a sentencing hearing for **11:00 a.m. on May 15, 2009.**

      **IT IS SO ORDERED.**

      **DATED this 9th day of February 2009.**

                                              **s/ Michael J. Reagan**
                                              **MICHAEL J. REAGAN**
                                              **United States District Judge**