IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 08-CR-30099-MJR |
| ) | |
| DALLAS D. HAWKINS, ) | |
| ) | |
| Defendant. ) | |

# ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

On May 15, 2009, the Court entered a preliminary order for forfeiture (Doc. 109) against defendant Dallas D. Hawkins for the following property which had been seized from the defendant:

1) **One J. C. Higgins, Model 20, 12 gauge short-barreled shotgun with no serial number; and**

2) **One fully loaded, J. C. Higgins, Model 66, 12 gauge short-barreled shotgun with no serial number.**

Also included as property to be forfeited pursuant to this order is any and all ammunition which had been contained within or seized in conjunction with the firearm or firearms.

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1). The government now moves that the Court enter an order finding no third-party interests (Doc. 162).

The Court notes that notice was published by the government on an official government website, http://www.forfeiture.gov, for 30 consecutive days beginning June 30, 2009, and ending July 29, 2009, and that no third party filed a petition within 30 days after the last date of publication to allege an interest in the property.

Consequently, the Court **GRANTS** the government's motion (Doc. 162) and **FINDS**, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on May 15, 2009, namely:

1) **One J. C. Higgins, Model 20, 12 gauge short-barreled shotgun with no serial number;**

2) **One fully loaded, J. C. Higgins, Model 66, 12 gauge short-barreled shotgun with no serial number;**

3) **Any and all ammunition which had been contained within or seized in conjunction with said firearm or firearms.**

The Vault Custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property.

**IT IS SO ORDERED.**

**DATE: June 4, 2010.**

                                                 **s/ Michael J. Reagan**
                                                 **MICHAEL J. REAGAN**
                                                 **United States District Judge**